UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Dante Butler

    -Plaintiff

Case No: **2:20 CV 00842-BHL**

vs.

1st Franklin Financial Corporation et al

    -Defendant(s)

---

**COUNSEL'S MOTION TO TERMINATE REPRESENTATION OF PLAINTIFF**

---

Attorney Thomas R. Napierala of Napierala Law Offices LLC, one of the attorneys for Plaintiff, hereby requests permission to withdraw as counsel for Dante Butler in above captioned civil action and to immediately terminate further representation of the Plaintiff in such action.

Permission to withdraw is sought because co-counsel and I have different litigation preference in this matter, and it would be best for all parties if Attorney Paul Strouse proceeded on this matter as sole counsel.

Co-counsel and I have different philosophy concerning this matter and it would be best for all parties if Attorney Strouse proceeded on this matter as sole counsel.

A copy of this motion has been provided to the Plaintiff Dante Butler and all counsels.

1

WHEREFORE, attorney Napierala for the reason stated, it is respectfully requested that this motion be granted.

Dated this 15th day of April 2021.
**Napierala Law Offices**

<u>/s/ Thomas R. Napierala</u>

Prepared By:

Napierala Law Offices
1017 W Glen Oaks Lane
Suite 209
Mequon WI 53092
tom@northshorelawfirm.com

2

Case 2:20-cv-00842-BHL   Filed 04/15/21   Page 2 of 4   Document 61

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15TH of April 2021, a true and correct copy of COUNSEL'S MOTION TO WITHDRAW AND TERMINATE REPRESENTATION OF PLAINTIFF was filed with the Clerk of the Court using EFC filing system which will send notification of such filing to the following:

Michael S Poncin
Moss & Barnett PA
150 S 5th St - Ste 1200
Minneapolis, MN 55402
612-877-5290
612-877-5056 (fax)
mike.poncin@lawmoss.com

David J Hanus
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-276-6464
414-276-9220 (fax)
DHanus@Hinshawlaw.com

Alyssa A Johnson
Hinshaw & Culbertson LLP
100 E Wisconsin Ave - Ste 2600
Milwaukee, WI 53202-4115
414-225-4841
414-276-9220 (fax)
ajohnson@hinshawlaw.com

Scott S Gallagher
Smith Gambrell & Russell LLP
50 N Laura St - Ste 2600
Jacksonville, FL 32202
904-598-6111
904-598-6211 (fax)
sgallagher@sgrlaw.com

Jessica L Klander
Bassford Remele PA
100 S 5th St - Ste 1500
Minneapolis, MN 55402
612-333-3000
612-746-1260 (fax)
jklander@bassford.com

Andrew M Schwartz
Gordon & Rees
Three Logan Square
1717 Arch St - Ste 610
Philadelphia, PA 19103
215-717-4023
215-693-6650 (fax)
Amschwartz@grsm.com

John P Ryan
Hinshaw & Culbertson LLP
151 N Franklin St - Ste 2500
Chicago, IL 60606
312-704-3000
312-704-3001 (fax)
jryan@hinshawlaw.com

Todd T Nelson
Stupar Schuster & Bartell SC
633 W Wisconsin Ave - Ste 1800
Milwaukee, WI 53203-1955
414-271-8833
414-271-2866 (fax)
tnelson@ssblawsc.com

3

Case 2:20-cv-00842-BHL    Filed 04/15/21    Page 3 of 4    Document 61

Paul A Strouse
Strouse Law Offices
825 W Wisconsin Ave
Milwaukee, WI 53233
414-390-0820
[strouselitigation@gmail.com](mailto:strouselitigation@gmail.com)